UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6324

18 U.S.C. 1001
18 U.S.C. 2

CR-ZLOCH

UNITED STATES OF AMERICA, )
                          )  MAGISTRATE JUDGE
            Plaintiff,    )      SELTZER
                          )
v.                        )
                          )
JOHN RAFFA,               )
                          )
            Defendant.    )
_____)

**INFORMATION**

The United States Attorney charges that:

### COUNT 1

On or about June 26, 1999, in Pompano Beach, in the Southern District of Florida, and elsewhere, the defendant,

JOHN RAFFA,

did knowingly and willfully make a false, fraudulent and fictitious statement and representation as to a material fact in a matter within the jurisdiction of the Social Security Administration, an agency of the executive branch of the government of the United States, in that the defendant helped prepare and submitted an application for a Social Security Number for an alien by the name of Lovemore Mbigi, purporting to show that the alien was in possession of an L-1 visa which would allow the alien to work, when in truth and fact, and as the defendant then and there well knew, the alien was not in possession of an L-1 visa and was not authorized to work.

All in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

### COUNT 2

On or about May 14, 2000, in Pompano Beach, in the Southern District of Florida, and elsewhere, the defendant,

JOHN RAFFA,

did knowingly and willfully make a false, fraudulent and fictitious statement and representation as to a material fact in a matter within the jurisdiction of the Social Security Administration, an agency of the executive branch of the government of the United States, in that the defendant helped prepare and submitted an application for a Social Security Number for an alien by the name of Willen Van Mannen, purporting to show that the alien was in possession of an L-1 visa which would allow the alien to work, when in truth and fact, and as the defendant then and there well knew, the alien was not in possession of an L-1 visa and was not authorized to work.

All in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.


_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOHN RAFFA | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)       Yes ____   No ____
Number of New Defendants    ____
Total number of counts      ____

X   Miami   ____ Key West
____ FTL   ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _No_____
   List language and/or dialect _____

4. This case will take  _0__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days    | _X_ | Petty    | ____ |
   | II  | 6 to 10 days   | ____ | Minor   | ____ |
   | III | 11 to 20 days  | ____ | Misdem. | ____ |
   | IV  | 21 to 60 days  | ____ | Felony  | _X_  |
   | V   | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) No _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __00-6181-CR-HUCK_____
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the                District of

   Is this a potential death penalty case? (Yes or No) _No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes __ No   If yes, was it pending in the Central Region? _X_ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

*Diana W. Fernandez* (signature)

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
COURT I.D.# A5500017

*Penalty Sheet(s) attached                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  JOHN RAFFA                          No: _____

Counts #: 1 & 2      18 U.S.C. 1001      False Statements

*Max. Penalty: Five (5) years' imprisonment and/or $250,000 fine

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96