UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6324-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                                    MINUTE ORDER

JOHN RAFFA

_____

    On November 20, 2000 an information was filed against the above defendant.

    The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

    Dated this 5th day of January, 2001 at Fort Lauderdale, Florida.

                             AT THE DIRECTION OF THE
                             HONORABLE WILLIAM J. ZLOCH

                             CLARENCE MADDOX
                             CLERK

                    BY: _____
                           CARLINE T. NEWBY
                           DEPUTY CLERK

CC: U. S. Attorney