**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6324-CR-ZLOCH**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JOHN RAFFA,**             **NOTICE OF APPEARANCE**

    **Defendant.**
_____/

TO:   THE CLERK OF THE COURT

    DAVID G. VINIKOOR, P.A., 420 S.E. 12th Street, Fort Lauderdale, Florida 33316, enters its appearance as counsel for the Defendant in this case, JOHN RAFFA, and requests that all notices concerning this case be forwarded to counsel.

                             DAVID G. VINIKOOR, P.A.
                             Attorney for Defendant
                             420 S.E. 12th Street
                             Fort Lauderdale, FL 33316
                             Telephone: (954) 522-2500
                             Facsimile: (954) 522-7278

                             By: _____
                                  DAVID G. VINIKOOR
                                  FL BAR #195719

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery this 9th day of January, 2001, to: Diana Fernandez, Assistant United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, FL 33394.

                             _____
                             DAVID G. VINIKOOR