AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN RAFFA

**WAIVER OF INDICTMENT**

CASE NUMBER: **00 - 6324**

CR - ZLOCH
MAGISTRATE JUDGE
SELTZER

I, JOHN RAFFA, the above named defendant, who is accused False Statements, in violation of Title 18, United States Code, Section 1001, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JOHN RAFFA
Defendant.

DAVID G. VINIKOOR
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE