## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOHN RAFFA (surrender) | CASE NO: | 00-6324-CR-ZLOCH |
| AUSA: | DIANA FERNANDEZ /prev | ATTY: | DAVID VINIKOOR, ESQ. /prev |
| AGENT: | | VIOL: | 18:1001 |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes/(no) stip | | COUNSEL APPOINTED: | |
| BOND SET @: | 50,000 PSB | To be cosigned by: | |

FILED by _AK_ D.C.
JAN - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Conditions of bond same as

- ☐ Do not violate any law. Case 00-6181-CR-Huck  _Advised of charges_
- ☐ Appear in court as directed.  _oral present_
- ☐ Surrender and / or do not obtain passports / travel documents.  _Waiver of indictment_
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.  _executed in open_
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.  _court._
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.   Reading of Indictment Waived
  Not Guilty plea entered
  Jury trial demanded
  Standing Discovery Order requested
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 1/9/01   TIME: 11:00   FTL/LSS TAPE # 01- 002   Begin. 2529   End. 2859