UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by JV D.C.
JAN - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55271-004

UNITED STATES OF AMERICA )
          Plaintiff ) Case Number: CR 00-6324-cr-210ch
                      ) REPORT COMMENCING CRIMINAL
-vs-  ) ACTION
Raffa, John )
        Defendant

TO: Clerk's Office   MIAMI   /FT. LAUDERDALE/  W. PALM BEACH
    U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-9-00  12:00 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12-4-49

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint  To be filed/Already filed
Case#  CO-6324-210ch

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: S/Fla

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 1/9/01   (9) Arresting Officer:

(10) Agency:     (11) Phone:

(12) Comments: