UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6324-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JOHN RAFFA

FILED by

JAN 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

        The above named Defendant appeared before Magistrate Judge Lurana S.
Snow on JANUARY 9, 2001, where the Defendant was arraigned and a plea of NOT
GUILTY was entered.   Defendant and counsel of record will be noticed for
trial by the District Court Judge assigned to this case.   The following
information is current as of this date:

        DEFENDANT:              Address:__ON BOND FORM_____

                                _____

                                Telephone:_____

        DEFENSE COUNSEL:        Name:_____DAVID VINIKOOR, ESQ._____

                                Address:_____

                                _____

                                Telephone:_____

        BOND SET:               $_____50,000 PERSONAL SURETY_____

Bond hearing held:  yes_____  no____ Bond hearing set for_____

Dated this__9TH___day of __JANUARY_____,2001.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By:_____
                                    Deputy Clerk

                                Tape No.__/ 01-002_____

cc: Copy for Judge
    U. S. Attorney

