UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6324-CR-ZLOCH

UNITED STATES OF AMERICA

V.                              ORDER OF TRANSFER

JOHN RAFFA

_____

FILED by _____ D.C.
JAN 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

GOOD CAUSE appearing therefore pursuant to Local Rule 3.9 and subject to consent hereinbelow, it is

ORDERED that the above case be and the same is hereby transferred to the calendar of the Honorable Paul C. Huck for all further proceedings.

DATED in chambers, at Fort Lauderdale, Florida, this 11th day of  JANUARY , 2001.

_____
WILLIAM J. ZLOCH
CHIEF U. S. DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case.

ORDERED that all pleadings hereinafter filed shall bear the following case number, Case No. 00-6324-CR-HUCK, thereby indicating the judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 12th day of  January , 2001.

_____
U. S. DISTRICT JUDGE

cc:
Honorable William J. Zloch
Diana L.W. Fernandez, Esq., AUSA
David G. Vinikoor, Esq.
Lucy Lara