UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6324-Cr

UNITED STATES OF AMERICA

vs.

John Rajta

## CHANGE OF PLEA

On 1-23-2001 the above named defendant appeared in person before the Honorable Paul C. Huck United States District Judge/Magistrate, with David Vinikoor, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty to Count(s) I, II , of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilty. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )  The Court proceeded to pronounce sentence. (See J&C)

(X)  The Court postponed sentencing until 4-5-2001 @ 8:30 A.m.

(X)  The defendant being allowed to remain on bond until sentencing.

( )  The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( )  The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge: Paul C. Huck
Reporter: 
Courtroom Deputy: