UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK
CASE NO. 00-6324-CR-HUCK

NIGHT BOX
FILED

MAR 28 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOHN RAFFA,

   Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, through its undersigned Assistant United States Attorney, files this unopposed motion to continue the sentencing of the defendant. In support thereof, the government states the following:

1. Sentencing for the defendant, John Raffa, is presently scheduled for 8:30 a.m. on April 5, 2001.

2. Due to a recently diagnosed and serious illness of the undersigned's mother-in-law, the undersigned must travel during the entire week of April 2, and therefore would be unavailable for the presently scheduled sentencing.

3. Because a number of objections to the PSI have been filed on this matter, as well as a request for downward departures, the undersigned believes that it is best that the undersigned be present at the sentencing rather than having this matter covered by another Assistant United States Attorney unfamiliar with the facts of the case.

Undersigned has spoken with counsel for the defendant, David Vinikoor, Esquire, who has no objection to the granting of this motion.

WHEREFORE, based upon the foregoing, the government respectfully requests that the sentencing be continued.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DIANA L.W. FERNANDEZ
Assistant United States Attorney
Court ID #: A5500017
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on 28th this day of March, 2001.

David G. Vinikoor, Esquire
420 S.E. 12th Street
Fort Lauderdale, FL 33316

_____
DIANA L.W. FERNANDEZ
Assistant United States Attorney