UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK
CASE NO. 00-6324-CR-HUCK

UNITED STATES OF AMERICA,
         Plaintiff,

v.

JOHN RAFFA,
         Defendant.
_____/

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

         Respectfully submitted,

         GUY A. LEWIS
         UNITED STATES ATTORNEY

By: *Diana W. Fernandez*
         DIANA L.W. FERNANDEZ
         ASSISTANT UNITED STATES ATTORNEY
         Court I.D. #A5500017
         500 E. Broward Blvd., 7th Floor
         Fort Lauderdale, Florida 33394
         Telephone: (954) 356-7392
         Facsimile: (954) 356-7230

NIGHT BOX FILED MAY - 1 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

NON-COMPLIANCE OF S.D. Fla. L.R. 71A4

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___1st___ day of ___May___, 2001, to:

David G. Vinikoor, Esquire
420 S.E. 12th Street
Fort Lauderdale, FL 33316

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY