SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: John Raffa
CASE #: 00-6324-CR
JUDGE: PAUL C. HUCK
Deputy Clerk: VALERIE THOMPKINS
DATE: 5-7-2001
Court Reporter: LARRY HERR
USPO: ___
AUSA: Diana Fernandez
Deft's Counsel: David Vinikoor

COUNTS DISMISSED: ___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
___ Sentencing cont'd until __/__/__ at ___ AM / PM

FILED by VT D.C.
MAY 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### JUDGMENT AND SENTENCE

Imprisonment | Years | Months | Counts

Supervised Release: ___

Probation | Years 5 | Months ___ | Counts I II   Each ct Concurrent
a conc w/ 00-0181c

Comments: Gov M/ for 5K1.1 is hereby granted
1200 Hours Comm Service
12 mths Home Detention as S/C of Probation
w/ Electronic Monitor.

Assessment $ 200.00/x 2    Fine $ 10,000

Restitution/Other: ___

#### CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: ___

Court advise defendant of his right to Appeal