PROB 35  
(Rev 1/92)

SD/FL PACTS No. 63554

Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### Southern District of Florida

CASE No. <u>1:00CR6324-01</u>



FILED by ___ D.C.  
JUL 19 2005  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

John Raffa

On <u>May 7, 2001,</u> the above named was placed on probation for a period of <u>five (5)</u> years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____  
U. S. Probation Officer  
Bunny J. Green  
Phone: (305) 412-2313

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _19_ day of _July_, 2005.

_____  
United States District Judge

cc: All Counsel of Record  
U.S. Probation Officer